UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EDMOND PAUL PRICE, | ) NO. CV 14-6307-AGR |
|---|---|
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| AMY MILLER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: July 30, 2015

_____
ALICIA G. ROSENBERG
United States Magistrate Judge