UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE, <br>             Petitioner, <br>    v. <br> AMY MILLER, Warden, <br>             Respondent. | NO. CV 14-6307-AGR <br><br> JUDGMENT |

Pursuant to the court's Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition in this matter is denied on the merits with prejudice.

DATED: February 22, 2017           _____
                                                                ALICIA G. ROSENBERG
                                                              United States District Judge